1-09-cv-8
mP/AK

2

J. C. Form No. 106A

DOCKET TCA 1616

~~Martin~~ Buckley, Attorney
Department of Justice
Washington, D. C. 20530
Mr. Carrasco FTS 633-4756

| TITLE OF CASE | ATTORNEYS |
|---|---|
| UNITED STATES OF AMERICA CLOSED<br><br>Plaintiff<br><br>vs.<br><br>GADSDEN COUNTY SCHOOL DISTRICT, and M. D. WALKER, Superintendent of Schools, Gadsden County School District; et al<br><br>INTERVENORS: ROBERT LOVE, MICHELE BOLES, by her mother and next friend, Alice Bryant | ~~William H. Sta~~<br>*For Plaintiff*: Jr. US Attorne<br>Pensacola, Fla.<br>~~John N. Mitchell~~<br>Attorney General<br>~~Jerris Leonard~~<br>Ass't Atty Gen.<br>**~~Brian K. Landsbery, Atty~~<br>*For Defendant*: Brian T. Hay -POB 1385; Tallahasse<br>~~Richard J. Gardner~~<br>~~Alexander D. Hinson~~<br>P. O. Box 1079<br>Quincy, Fla. 32351 |
| *Basis of action*: Violation of Civil Rights Act of 1964 and 14th amendment in operating a dual school system | INTERVENORS: Kent Sprig<br>~~324 W. College Ave., Ta~~<br>(224-8701) |
| *Jury trial claimed by* DEFTS C. Graham Carothers<br>*on* , 19 P.O. Box 391; Tallah 32302 | ~~Jack Greenberg, James G~~<br>Columbus Circle; NY, NY |

7/0/70

Counsel of Record: (7/13/81)

Spe

for Pltf: Margaret K. Snyder
Civil Rights Division
U. S. Department of Justice
Washington, DC 20530
FTS: 739-3812

Assistant U. S. Attorney
Tallahassee, FL 32302
904/386-5997

Indexed

for Defdt: C. Graham Carothers
P. O. Box 391
Tallahassee, FL 32302
904/224-9115

Claude B. Arrington
211 East Jefferson St.
Quincy, FL 32351
904/627-9589

Brian T. Hayes
~~P. O. Box 1385~~ 245 E. Washington St.
~~Tallahassee, FL 32302~~ Monticello, FL 32344

Intervenors: Kent Spriggs & Thomas A. Warren
117 S. Martin Luther King, Jr., Blvd.
Tallahassee, FL 32301
904/224-8701

Court Reporters notes in box 56 (2-9-82)

| ATE | FILINGS—PROCEEDINGS | AMOUNT REPORTED IN EMOLUMENT RETURNS |
|---|---|---|
| 0 | Filed Complaint for violation of Civil Rights Act of 1964 and 14th Amendment by operation of a dual school system. | |
| 0 | Summons issued and handed to counsel for plaintiff with certified copies of Order and Copies of Complaint | |
| 0 | Filed Application for Order Pendente Lite | |
| 0 | Filed Order Pendente Lite<br>JS 5 | har |
| 70 | Filed U. S. Marshal's Return showing service of summons, complaint and Order on Superintendent of Schools and Gadsden County School District by serving M. D. Walker, Superintendent, on July 10, 1970 at Quincy, Florida by Dep. William A. Joyce. | ft |
| /70 | Filed U. S. Marshal's Return showing service of summons, complaint and Order on Superintendent of Schools and Jefferson County School District by serving Superintendent Desmond M. Bishop on July 10, 1970 at Monticello, Florida by Dep. William A.Joyce | |
| 70 | Filed U. S. Marshal's Return showing service of summons, complaint, & Order on Supt. of Schools and the Wakulla County School District by serving William M. Payne, Superintendent, on July 10, 1970 at Crawfordville, Florida by Dep. William A. Joyce. | ft |
| 70 | Filed Report of the United States to the Court pursuant to order of July 9, 1970 | ft |
| 70 | Filed Report to the Court of defendant Gadsden County School District and M. D. Walker pursuant to Order of July 9, 1970 | hr |
| 70 | Filed Report of Jefferson County School District and Desmond M. Bishop, Superintendent of Sc hols, Jefferson County School District, Florida to the Court pursuant to Order of July 9, 1970. | ft |
| 70 | Filed plaintiffs A Desegregation Plan for Wakulla County School District and A Report to the Superintendent | |
| 70 | Filed plaintiffs A DeSegregation Plan for Gadsden County School District and A Report to the Superintendent | |
| 70 | Filed A Desegregation Plan for Jefferson Co. School Dist. & Report to Supt. | |
| 70 | Filed defendant's Gadsden County School District Plan of Desegregation | |
| 70 | Filed defendant's Gadsden County School District A Comprehensive Educations Survey of Gadsden County, Florida prepared by Associated Consultants in Education. | |
| 70 | Evidentiary Hearing set for Aug. 7, 1970 at 9:00 a.m. Tallahassee. Mailed notices to all counsel of record. | ft |

D. C. 114A

CAUSE NO. TCA 1616 RE:

| DATE | PROCEEDINGS | |
|---|---|---|
| 7/28/70 | Filed Answer of Defendants Wakulla County School District and Superintendent William M. Payne with Motion to Dismiss, and Specific Answer and Denial | ft |
| 7/30/70 | Filed Answer of defendant, GadsdenCounty School District to Order Pendente Lite of 7/9/70 | |
| 7/30/70 | Filed Motion for Pre-Trial Conference of defendant, Gadsden Co. School District, prior to Evidentiary Hearing of 8/7/70. | |
| 7/30/70 | Filed Motion to Dismiss by defendant, M. D. Walker, Supt. of Gadsden Co. School District on grounds that plaintiff fails to state a claim upon which relief can be granted against him indiv. | ft |
| 7/31/70 | Notice of hearing on pending motions for 9:00 a.m. 8/7/70, in Tallahassee, Florida. Mailed notice to counsel of record. | t |
| 8/6/70 | Filed Consent Decree and Order approving student assignment plan of Jefferson County School District, Provisions set out in App. B to be implemented commencing with 1970-71 school year, and the court retains jurisdiction of this case until the court finds that the dual system will not be or tend to be reestablished, and to report to the Court on October 1, 1970. | ha |
| 8/6/70 | Mailed certified true copies of order to counsel of record for Jefferson County School District | ha |
| 8/6/70 | Filed A Class Petition in Opposition to the Closing of Northside High School of Havana, Florida in behalf of L. R. Evans and Robert Earl Richardson(In behalf of himself & his two children, Rebecca Richardson and Laverne Richardson) for (1) alleges it represents the best high school in Havana area (2) it is discriminatory. | f |
| 8/7/70 | Filed Order denying all pending motions and directing the School Board of Gadsden County, Florida to fortwith effectuate plan for unitary school system with modifications as set out. (Copies handed to counsel of record) | ha |
| 8/7/70 | Filed Consent Decree and Order approving student assignment plan of Wakulla County School Distric t, provisions set out in Appendix A and B to be implemented commencing with 1970-71 School year, and court retains jurisdiction of this case until the Court finds that the dual system will not be or tend to be reestablished, and the school district to report to court on October 1, 1970 Cc mailed to M.D. Buckley, atty. Dept. of Justice and to Wm. F. Daniels. | tg |
| ~~8/14/70~~ | ~~Filed defendant Gulf County School District's Motion for Rehearing.~~ | f |
| ~~11/25/70~~ | ~~Filed~~ | |
| 12/11/70 | Filed: Fall 1970 Elementary and Secondary School Civil Rights Report Survey for Wakulla County on Sopchoppy Elementary School, Wakulla High, Shadeville Elementary School and Crawfordville Elementary School. | |
| 12/14/70 | Filed Motion of Plaintiff for Supplemental Relief (Gadsden County) | h |
| 12/17/70 | Filed Order on Motion for Supplemental Relief that defendants (Gadsden County) shall file report with clerk of Court and copy to DJ setting forth information described in order. (Copies mailed to counsel of record) | |
| 12/23/70 | Filed Report of Defendant, Jefferson County School District pursuant to Order of 8/6/70. | hr |
| 1/13/71 | Filed Report of Defendant, Gadsden County School District pursuant to order of 12/17/70 | hr |
| 3/15/71 | Filed Report of Defendant, Gadsden County School District pursuant to Order of 12/17/70. | ft |

CAUSE NO. TCA 1616 RE:

| DATE | PROCEEDINGS |
|---|---|
| /17/71 | Filed Order of Dismissal as to Gadsden County School District without prejudice. (Copies mailed to all counsel of record) ~~JS 6~~ |
| /17/71 | Filed Order of Dismissal as to Wakulla County School District without prejudice. (Copies mailed to all counsel of record) ~~JS 6~~ |
| /17/71 | Filed Order of Dismissal as to Jefferson County School District without prejudice. (Copies mailed to all counsel of record) JS 6 |
| 5/27/71 | Filed plaintiff's Motion to Amend Order of This Court of May 17, 1971 for Gadsden County |
| 5/27/71 | Filed plaintiff's Motion to Amend Order of This Court of May 17, 1971 as to Jefferson County |
| 5/27/71 | Filed plaintiff's Motion to Amend Order of This Court of May 17, 1971 as to Wakulla County |
| /8/71 | Mailed Notices of Hearing on motions in the Jefferson, Wakulla and Gadsden County School cases, June 28, 1971, to all counsel of record |
| 6/29/71 | Filed Order reinstating cause and setting aside the order dismissing the action for Gadsden County. (cc to parties of record) JS-5 |
| 6/30/71 | Filed Order denying motion to amend and dismissing action without prejudice reserving jurisdiction to consider future problems as to Jefferson County School District. (cc to parties of record) |
| 6/30/71 | Filed Order denying motion to amend and dismissing action without prejudice reserving jurisdiction to consider future problems as to Wakulla County School District. (cc to parties of record) |
| 10/15/71 | Filed Report of Gadsden County School District |
| 3/15/72 | Filed Report of Gadsden County School District |
| 10/12/72 | FILED Report of Gadsden County School District |
| )/15/73 | **Filed Report of defendant, Gadsden County School District** |
| 1/23/74 | Filed Letter - To the Amendmentto the Report |
| '12/74 | Filed Defendant's, Gadsden County School District, Report pursuant to the Order of the Court dated 12/17/70 |
| )/15/74 | Filed Report of defendant, Gadsden County School District |
| )/15/74 | Referred to Judge Arnow |
| 1975 | |
| 1/3 | **Filed motion to intervene by Michele Boles by mother and next friend, Alice Bryant and Robert Love with memo of law** **Rec'd Intervenor's pleading** |
| 1/16 | **Filed response of the United States to Motion of Robert Love and Michael Boles to intervene** |
| 1/16 | **Referred by letter to Judge Arnow motion to intervene by Michael Boles** |
| ./21 | Filed Order of Judge Arnow entered 1/20/75 granting motion to intervene; defts have 20 days to serve responsive pleading; service of defts' responisve pleading and all other pldgs hereafter filed by defts' or intervenors shall also be served on plaintiff (copy to Parties) |
| ./21 | Filed Intervenors' Pleading |
| /24 | Filed defts' Motion to Stay Intervention with Memorandum of Law |
| /24 | Filed Notice of Appearance of Brian T. Hayes on behalf of defendants |
| ~~1/24~~ | ~~Motion letter mailed~~ |

ft ft ft f f h m m m

D. C. 110A

TCA 1616

5

| DATE | FILINGS—PROCEEDINGS | CLERK'S FEES PLAINTIFF | CLERK'S FEES DEFENDANT | AMOUNT REPORTED IN EMOLUMENT RETURNS |
|---|---|---|---|---|
| 1975 | | | | |
| 1/31 | Filed Intervenors' Response to Defendant's Motion to Stay | | | |
| 2/3 | Referred by letter Motion to stay filed 1/24 and response of 1/31 | | | |
| 2/4/ | Filed court reporter's steno notes of proceedings held 6/28/71 in cont. #11 | | | |
| 2/4/75 | Filed Response of Defendant, Gadsden County School District et al to Intervenors' Pleadings and Defendant's Motion to Dismiss; Memorandum of Law | | | |
| 2/4/75 | Referred by letter to Judge Arnow | | | |
| 2/10 | Filed Clerk's Info sheet advising that deft's motion to Stay Intervention filed 1/24/75 is DENIED (copy to parties) | | | |
| 2/11 | Filed Intervenor's Response to Defendants' Motion to Dismiss | | | |
| 2/12 | Referred to Judge Arnow | | | |
| 3/12 | Filed REPORT of Gadsden County School District | | | |
| 3/12 | Referred by letter to Judge Arnow | | | |
| 3/24 | Mailed Clerks Advise Sheet showing Defts. Motion to Dismiss filed 2/4/75, DENIED; Deft. has 15 days after date to serve Answer to Intervenors Complaint to Counsel of Record | | | |
| 4/4 | Filed Gadsden County District School Boards ANSWER | | | |
| 4/30 | **Filed Notice of Appearance of C. Graham Carothers as Additional Counsel for defts School Board of Gadsden County, Florida and Max D. Walker** | | | |
| 5/5 | Filed pltfs. interrogs to deft. Gadsden County School District | | | |
| 5/6 | Filed defts petition for modification of order with attachments | | | |
| | Filed memo in support of petition | | | |
| 5/6 | Motion letter | | | |
| 5/12 | Filed Intervenors' Response to Petition for Modification of Order | | | |
| 5/12 | Referred by letter to Judge Arnow | | | |
| 5/22 | Filed USA's Motion for Extension of Time to respond to defts' Petition for Modification of Order | | | |
| 5/22 | Referred by letter to Judge Arnow | | | |
| 5/27 | Filed Order of Judge Arnow (1) authorizing and confirming the abandonment and withdrawal of Midway Elem. School from further use (2) authorizing the modification of the geographical attendance zones applicable to Havana Elem., Havana Middle, Monroe Elem. and Stewart Street Elem. as shown on the attendance zone maps attached to petition for modification of order as Exh. A and B (3) authorizing reassignment of students whose school assignments will be affected by this order (copy to parties) | | | |
| 5/30 | Filed Order denying motion of government as untimely filed, w/o prejudice to right of U.S. to seek modification of prior order if promptly and expeditiously filed. copies to parties | | | |

TCA 1616

| DATE 1975 | FILINGS—PROCEEDINGS | CLERK'S FEES PLAINTIFF | CLERK'S FEES DEFENDANT | AMOUNT REPORTED IN EMOLUMENT RETURNS |
|---|---|---|---|---|
| /9/75 | Filed pltfs. motion for modification of order | | | |
| | Filed pltfs. memo of authorities in support of pltfs. motion for modification of order | | | m |
| | Motion letter. | | | m |
| 5/17 | Filed deft's memorandum in opposition to pltf's motion for modification of order | | | m |
| | Referral letter to Judge Arnow. | | | m |
| 7/7/75 | Docket and file sent to Judge Arnow-letter to attys. | | | m |
| 7/10/75 | Filed & Entered: Notice of hearing on mt. to modify order set for 8/12/75 @ 9 AM - Copies to all counsel | | | ct |
| 7/22/75 | Filed & Entered: Letter from Judge Arnow to Kent Spriggs re: hearing set for 8/12/75 -presence at same | | | ct |
| 8/12/75 | Filed & Entered: Defendant's answer to interrogatories. | | | chk |
| 8/12/75 | Filed & Entered: Order ending discovery in connection with intervenor's pleading filed herein on 1/21/75 - discovery ends 10/13/75. | | chk | |
| 8/12/75 | Note from Judge Arnow that case to be referred on 10/1/75 | | | (jmc) |
| 8/13/75 | Mailed: Copies of Order entered 8/12/75 mailed to counsel of record. | | chk | |
| 10/1/75 | Referred to Judge Arnow on note | | | (jmc) |
| 10/2/75 | Filed& Entered: Notice of Evidentiary Hearing on motion for modification of order set 11/7/75 @ 11 AM Pensacola - Copies to all counsel of record | | | ct |
| 10/10/75 | Filed & Entered: Report of Defendant pursuant to Order of 12/17/70 | | | (jmc) |
| 10/14/75 | Filed & Entered: Intervenors' interrogatories to deft. | | | ct |
| 0/15/75 | Filed & Entered: Notice of hearing on all motions except motion to modify order set for 10/23/75 @ 2 PM - to be heard in Tallahassee - copies to all counsel | | | ct |
| 10/15/75 | Filed & Entered: Intervenors' motion to compel and memo of law | | | (jmc) |
| 10/15/75 | Filed & Entered: Joint motion concerning discovery and memo of law | | | (jmc) |
| 10/15/75 | Filed & Entered: Stipulation that case be transferred back to Judge Stafford | | | (jmc) |
| 10/15/75 | Filed & Entered: Memo of U.S. concerning the stipulation of plaintiff-intervenors and defendants | | | (jmc) |
| 10/16/75 | Rule 6 B letter - mailed to counsel | | | (jmc) |
| 0/21/75 | Filed & Entered: Letter from Kent Spriggs re: hearing on 11/7 | | | |
| " | Filed & Entered: Copy of letter from Judge Arnow to Kent Spriggs re: 11/7 hearing | | | ct |
| 10/22/75 | Filed & Entered: Memo from Judge Office advising that Ms. Marshal represents the Deft. of Justice | | | (jmc) |
| 0/23/75 | Hearing head from 2:10-2:37--joint discovery motion granted; time extended to 11/5/75; intervenors motion to compel denied; place intervenors complaint on PT upon end of disc. | | | |
| 0/31/75 | Filed & Entered: Clerk's advice sheet indicating intervenor's motion to compel-denied failed to comply w/rules-copies to all attys | | | |
| " | Filed & Entered: Clerk's advice sheet that joint motion re: discovery granted--extended to 11/5/75--copies to all counsel | | | ct |
| 1/3/75 | Filed & Entered: memo of United States | | | ct |
| " | Filed & Entered: Deft. Gadsden's answers to intervenor's interroga. | | | ct |

TCA 1616

D. C. 110A Rev. Civil Docket Continuation

| DATE | PROCEEDINGS | Date Order or Judgment Noted |
|---|---|---|
| 11/5/75 | Filed & Entered: Deposition of M. D. Walker with exhibits | |
| 11/7/75 | Hearing held on Govt motion to amend Order re Midway Elem. School, Arnow, DJ, presiding. Witnesses sworn and testified. At conclusion of hearing, the Court announced its findings and the deci~~s~~sion that the motion of the Govt be denied. Order to be entered by the Court. chk | |
| 11/9/75 | Filed & Entered: Order that motion for modification of order of the U.S. filed herein on 6/9/75 be and the same is hereby denied (Arnow, DJ). Copies to counsel. chk | |
| 11/7/75 | Evidentiary & motions hearing held from 10:50 - 12:27 & 2:04 to 2:15 PM - motion denied of record | ct |
| 11/10 | Filed & Entered: Intervenors' motion concerning discovery & memo in support of same | |
| 11/10/75 | Rule 6b letter to all counsel | ct |
| 11/11 | Filed & Entered: Order for PT Conf. set 12/29/75 @ 11 AM - papers to be submitted by 12/23/75 - copies to all counsel | ct |
| 11/18/75 | Filed & Entered: Reporter's transcript of ruling of court at conclusion of evidentiary hearing held 11/7/75 | ct |
| 11/21/75 | Filed & Entered: Plfs' notice of appeal | |
| " | ~~Filed & Entered: Copy of letter of transmittal to USCA-5th Cir w/~~ copies to all counsel | ct |
| 11/25/75 | Filed & Entered: Transcript of evidentiary hearing held 11/7/75 | ct |
| " | Referred to Judge Arnow for consideration | ct |
| 11/23/75 | Filed & Entered: Govt memo in response to motion concerning discovery. chk | |
| 12/1/75 | Filed & Entered: Order under Rule 11(e) Appellate Rules to retain original file here & send copies to USCA-5th Cir. - copies to all counsel of record | ct |
| 12/4/75 | Entered: (Filed 12/3/75) letter-directions to clerk for documents to be included in record-on-appeal | ct |
| 12/5/75 | Entered (Filed 12/4/75) Order that all discovery and exhibits in TCA 73-211 will be considered as adduced and of record in this case. This case not to be assigned to Judge Stafford (Arnow, DJ). Copies to all counsel of record. | chk |
| 12/23 | Filed & Entered: Intervenors' Proposed Findings of Fact and Conclusions of Law w/attachments | bjm |
| 12/23/75 | Filed & Entered: All parties Pre-Trial Stipulation | bjm |
| 12/23/75 | Filed & Entered: Interveners' Trial Brief | bjm |
| 12/23/75 | Filed: Interveners' Exhibits 1-16, 19, 21-24 premarked and filed. | bjm |
| 12/24/75 | Filed & Entered: Defts' trial brief and proposed findings of fact and conclusions of law as to intervenors, Love. | chk |
| 12/24/75 | Filed & Entered: Defts' proposed findings of fact and conclusions of law as to Michele Boles by her mother and next friend, Alice Bryant. | chk |
| 12/27 | Filed & Entered: Copy of intervenors' motions for partial SJ & memo in support of same | |
| " | Filed & Entered: Intervenors' motion to consolidate w/memo in support | |
| " | Filed & Entered: Intervenors' motion to amend PT Stip. w/memo in " | ct |
| " | Filed & Entered: PT memo on issues of law of US. Govt. | |
| " | Filed & Entered: Plf's proposed exhibit list & exh ibits | ct |

8

TCA 1616

| DATE | PROCEEDINGS | Date Order or Judgment Note |
|---|---|---|
| 2/29/75 | Filed & Entered: Clerk's notice of action taken that intervenor's motion to consolidate denied - copies to all counsel of record | ct |
| 2/29/75 | PT Conf. held from 10:59 - 12:39 - parties to submit memos on availability of damages against County & meaning of Tate 508 F 2d 1020 by 1/24/76. FPT & hearing on MSJ set for 10 AM 1/29/76 | ct |
| 2/30/75 | **Filed & Entered: Order that Intervenors LOVE & BOLES may be maintained as class actions. Copies to all counsel of record.** | bjm |
| 1/26/76 | Filed: Defts' response to intervenors' motion for partial SJ | |
| " | Filed: Defts (Gadesden Co's) motion for reconsid. of cert of class as to intervenor, Love | |
| " | Filed: Defts' memo in oppo to defts liability for money damages | |
| " | Filed: defts' memo on status of ability grouping | |
| " | Filed: Deft's (Gadsden Co's) motion for declaration that Gadsden School District is unitary | |
| " | Filed: Intervenors' supple. memo of law | ct |
| " | (No Rule 6 letter as matter set for hearing on 1/29) | ct |
| 1/28/76 | Filed: Memo as requested by Court on behalf of U.S. | ct |
| 1/29/76 | **FPT & MSJ hearing held from 10:01--11:47 AM - 1 wk prior to trial, intervenor to supply PT Order; trial set 3/29/76 w/est. time 3½ days; Intervenor to advise Court within 10 days if he will dismiss suit. If not, memo due in 10 more days in response to certificate of class action; MSJ denied.** | |
| 1/30/76 | **Filed: Clerk's notice of action that Intervenors' motion for SJ - filed on 12/29/75- denied - copies to all counsel of record** | ct |
| 2/3/76 | Filed: Notes of Pre-Trial Conference by John M. Suda, CSR. on 1/29/76. | bjm |
| 2/11/76 | Filed: Intervenors Notice of Election. Referred to Judge Arnow. | bjm |
| 2/12/76 | **Filed: Copy of letter to all counsel w/note to refer on 2/24 - letter requires Spriggs to serve response to defts' motion for reconsideration within 5 days & all counsel to provide each other w/memos within 10 days on whether the two suits are to be maintained at the same time** | ct |
| 2/18/76 | Filed: Intervenors' brief in opposition to the deft's motion to reconsider the certification of the class and motion on scope of Boles Class. chk | |
| 2/18/76 | Filed: Memo on maintenance of two suits and attorney's fees for successful intervenors. chk | |
| 2/18/76 | Referred to Judge Arnow. chk | |
| 2/23 | **Filed: Deft. Gadsden County's memo as per letter of Court of 2/11** | ct |
| 2/24 | Filed: USA's memo as per letter of Court of 2/11. | bjm |
| 2/24 | Filed: Denial of Deft's Motion for Reconsideration of Certification of Class as to Intervenor Robert Love (ARNOW, CJ). Copies to all counsel, of Clerks's Notice of Action Taken. | bjm |
| 2/25/76 | Proposed pr -trial order received. Referred to J. Arnow 2/25/76. chk | |
| 2/26 | Filed: Note to refer to Judge Arnow on 3/10/76 | ct |
| 2/27 | Filed: Copy of letter from Judge to all counsel re-setting trial date to 4/12/76 @ 9 AM | ct |
| 3/3 | Filed: Pre-trial Order (ARNOW, CJ). Within 10 days after day, intervernors will advise the Court & other parties whether intervenors wish to dismiss intervention and proceed by separate action or whether they wish to remain in this suit, requesting consolidation in the event of a separate action. ~~Copies to all attys~~. | bjm |

D. C. 110A Rev. Civil Docket Continuation TCA 1616

| DATE | PROCEEDINGS | Date Order or Judgment Noted |
|---|---|---|
| 3/3 | Pre-Trial Order (Con'd) If intervenors advise they wish to endeavor to remain in this suit, requesting consolidation, then within 10 days thereafter the parties will serve upon each other and the Court memoranda dealing with the questions ;whether in this suit in which intervention has been granted intervenors may seek Title 207 or other relief. Copies to all counsel. | bjm |
| 3/10 | Referred to Judge Arnow on note | ct |
| 3/12 | Filed: Gadsden County's report w/attachments | ct |
| 3/12 | Filed: Letter from Kent Spriggs to Judge Arnow advising that it is his suggestion that the matter proceed on existing papers w/intervention ~~xxx~~ scheduled for 4/12/76 w/plfs dismissing Tallah. div. action. | |
| " | Filed: Copy of letter to Judge Arnow from Brian Hayes advis. that defts. have no objection to dismissal of Talla. action. but that the atty's fees issue not resolved and if liability decided in favor of plf. defts would assert 11th amend. right as to ~~pay~~ back pay and atty's fees claims | ct |
| 3/12 | Filed: Copy of letter from Judge Arnow to Kent Spriggs w/copies to all other counsel regarding intervention, etc. | |
| " | Filed: Note to refer to Judge on 3/22/76 | ct |
| 3/22 | Filed: Letter from Brian T. Hayes to Judge Arnow re: Pre-trial stipulations. | bjm |
| " | Filed: Letter from Kent Spriggs to Judge Arnow re: Pre-trial Stips. | bjm |
| " | Referred to Judge Arnow on note. | bjm |
| ~~3/[illegible]~~ | ~~Filed: Amended Interveners' Pleading~~ | ~~bjm~~ |
| 3/26 | Received: Amended Interveners' Pleading. Referred to Judge Arnow re: received w/o motion to amend. | bjm |
| 4/1 | Received: Defts' Answer to Amended Interveners' Pleadings. | bjm |
| 4/5 | Filed: Intervener, Robert Love's Defts' Trial Brief and Proposed Findings of Fact and conclusions of law as to intervener, Love. | bjm |
| " | Filed: Letter from Brian T. Hayes to Judge Arnow re: delay in submitting above. Did not refer as L.C. picked up file. | bjm |
| " | Filed: Amended Interveners' Pleading. Summons not issued. | bjm |
| " | Filed: Defts' Answer to Amended Interveners' Pleadings. | bjm |
| " | Filed: Copy of letter to all counsel from Judge Arnow advising that trial set 4/12 to proceed as scheduled, but prior thereto and by the morning of trial all parties to file memo. of law on further presented matters | ct |
| 4/7 | Filed: Revised Pre-trial Stipulation. Kent Spriggs has informed this office that, to save time, these papers are filed w/o pltfs counsel signature, but that a copy of the Stipulation was forwarded to counsel for pltf to sign and forward to the Court. | bjm |
| | Court Reporter Notes: Box 84 Col. I | |
| 4/8 | Filed: Letter from Richard J. Gardner to Judge Arnow re: Removing Alexander L. Hinson, Esq. as associate atty. | bjm |
| 4/9 | Filed: Intervenors' memo in reply to letter of 4/5/76 | ct |
| " | Referred to Judge Arnow for consideration | ct |

7/6/79

NOTE: TRANSCRIPT IN TWO VOLUMES OF NJ TRIAL HELD 4/12 & 13/76 MAILED TO CLERK, TALLAHASSEE THIS DATE FOR USE OF JUDGE STAFFORD'S LAW CLERKS.

| DATE | | Date Order or Judgment Note |
|---|---|---|
| 4/1 | CHK ~~Plff.~~ Dept | bjm |
| " | [illegible] l @ 9:06 AM w/intervenor presenting case first, US. second & deft last. Testimony was taken, evidence presented, tendered and received w/recess at 6:13 PM. | |
| 4/13 | Court reconvened @ 9 AM for continuation of NJ trial with the remaining portions of intervenor's case concluding and the plf. resting @ 10:05. Deft. counsel made motion for invol. dismissal which was denied. Defts proceeded w/presentation of case and after rest @ 4:30 PM, renewed motion for invol. dismissal which was denied. Thereafter counsel retired to chambers fo r conference and it was orally ordered that the transcript of the trial be prepared with the original filed and copies to counsel. Court reporter estimated that it would be approx. 10 days to 2 weeks before the transcript would be completed due to Marianna criminal trial commencing 4/19. Counsel instructed to file memoranda in support of the various issues and respective positions and have the same in the hands of the Judge by 5/10. Clerk instructed to refer to Judge on 5/10 | ct |
| 4/19 | Filed: Copy of letter from Judge Arnow to all counsel, re: Position of the US and status of its claims requesting attys to brief this point in memos due 5/10 | |
| 4/28 | Filed: Transcript in 2 vols. of NJ-trial held 4/12 & 4/13 | ct |
| 5/10 | Filed: Intervener's Post-trial proposed findings of fact & conclusions of law. Referred to Judge Arnow. | bjm |
| " | Filed: Deft. proposed final judgment containing proposed findings & conclusions - REFERRED TO JUDGE ARNOW FOR CONSIDERATION | ct |
| 5/11 | Filed: Intervenor's Supplementary Memorandum - REFERRED TO JUDGE ARNOW FOR CONSIDERATION | bjm |
| " | Filed: Letter from Atty Brian T. Hayes to Judge Arnow: re: Defts' dropping their defense of lack of jurisdiction. | bjm |
| 5/13 | Filed: Plf's proposed finding of fact & conclusions of law - referred to Judge Arnow by handing same to RIL | ct |
| 5/14 | Received: Proposed order of the US w/attachments - REFERRED TO JUDGE ARNOW for consideration by handing same to RIL | ct |
| 5/17 | Filed: Letter from Judge Arnow to Counsel re: Status conference on 6/1/76 @ 1:30 for a period of 3 hours. | bjm |
| 6/1 | Filed: Intervenor's Response to the Court's Letter of 5/17/76. | |
| " | Filed: Intervenor's Motion to rehear motion to consolidate. | bjm |
| " | Referred the above ~~xxx~~ to Judge Arnow due to status conference scheduled this date by handing same to UH. | bjm |
| 6/1 | Status conference held from 1:35 - 4:50 - parties to submit stipulations and memos on or before 6/15/76 | ct |
| [illegible] | Filed: MEMORANDUM DECISION (ARNOW, CJ). Copies to counsel. | bjm |
| " | Filed: ORDER (ARNOW, CJ) Appropriate orders ~~in~~ respecting matters in MEMORANDUM DECISION of this date, including: [illegible]0 days after date Defts submit a hiring plan for~~x~~hiring teachers, principals, ass't principals & administrators which will ensure that all candidates are treated in a nonracial manner. | |

D. C. 109 A
~~CRIMINAL~~ DOCKET TCA 1616

| DATE | PROCEEDINGS | |
|---|---|---|
| 6/2 (Cont'd) | 15 days after date, defts will advise by letter the applicants named in this order, to wit: Emma Grice, Mattie Patterson, Robert Green and Vivian Kelly, and all other applicants known to them or whose names and addresses may be ascertained by them by diligent search and inquiry, of the provisions of this order; Defts shall also, by written notice, publish two times in the Tallahassee Democrat and the Gadsden County Times, with publication to be one week apart, advise all such unknown black applicants for such positions rejected since August 7, 1970, of the requirements of this order, and advising any such that they have until July 15, 1976, in which to apply for such position. Such notice shall first be published w/i 15 days after this date. Form of such letter and notice shall be promptly prepared by defts & submitted to counsel for intervenors & the gov't for their approval. If counsel are unable to agree, form will be submitted by the parties to this Court, with statements of the parties respecting their positions in regard thereto, no later than 5 days after date, and with, in such event, this Court making final decision in regard thereto; Defts will submit, no later than 6/30/76, a Student Assignment Plan for Munroe, Chattahoochee, Greensboro, Stewart Street and Havana Elementary Schools. The gov't and intervenors, if they have objections to such plan, shall, in writing, so advise the court, giving the details of their objections, with copies served upon the defts, no later than 7/10/76. Copies to all counsel. | bjm |
| 6/2 | Filed: Copy of letter from Judge Arnow to Attys Spriggs, Hayes, Marshall & Carothers re: change in para. 9(c)language and requesting counsel's thoughts w/i 10 days. | bjm |
| " | Filed: Copy of letter from Judge Arnow to Attys Spriggs, Hayes, Marshall & Carothers re: memoranda respecting the amount of money provided from state funds & ;county funds for the operation of the Gadsden County school system by 6/15/76. | bjm |
| 6/4 | Mailed Notice to All Counsel from the Clerk to substitute page 6 of the 6/2/76 Order with a typo correction. | bjm |
| 6/14 | Filed: Intervenors' motion for new trial by making new conclusions of law as to remedy & memo in support of same | |
| " | Filed: Intervenors' supplemental brief on attorney's fees and 11th amendment - referred to Judge Arnow for consideration | ct |
| 6/16 | Filed: Memo of plf US as per letter request of 6/2/76 - referred to Judge Arnow | ct |
| 6/17 | Filed: Ltr from Judge Arnow to All Counsel of Record re: Amendment to order entered 6/2/76. | |
| " | Filed: Ltr from Judge Arnow to Kent Sprigs & C. Graham Carothers, re: stipulation of facts. | |
| " | Filed: Judge Arnow's Memo to refer back on 6/28/76 in connection with above letter. | |
| " | Filed: ORDER AMENDING ORDER FILED & ENTERED JUNE 2, 1976 (ARNOW, CJ) Order of 6/2/76 is amended so that paragraph 9(c) reads: | |

TCA 1616

| DATE | PROCEEDINGS | |
|---|---|---|
| | "Within the meaning of this order, a vacancy does not now, and will not, exist in any teaching, principal, assistant principal or administrative position if, prior to the date of this order defts have employed an applicant for such position, or if a person employed in the system during any school year on an annual basis is nominated & approved for the same year, or if a person employed on an annual basis in a position is, under Florida law, approved for and given a continuing conteact for that position. A vacancy does, and will, exist for every other position that will be filled for ~~any~~ or during any school year, including but not limited to, the situation where, because of death, resignation, termination by defts of an annual or continuing contract, or other reason, such position is to be filled by a person other than the one previously filling that position." 2) Except as hereby amended, and in all other respect, such prior order filed and entered on 6/2/76 remains in full force and effect. Copies to all counsel. | bjm |
| 6/18 | Filed: Defts' memo on 11th amend. question - referred to Judge Arnow | ct |
| 6/21 | Filed: Stipulation on budget figures. Referred to Judge Arnow. | bjm |
| 6/22 | Filed: Defts' plan for hiring & promotion | |
| " | Filed: Defts' plan for student assignment for Munroe, Chattahoochee, Greensboro, Stewart Street & Havana Elementary Schools with exhibits attached - Referred to Judge Arnow | ct |
| 6/25 | Filed: Ltr from Anita Marshall to Judge Arnow dtd 6/21/76 re: ND/FLA School District cases. | bjm |
| 6/25 | Filed: Ltr from Judge Arnow to Ms. Anita Marshall re: above ltr. | bjm |
| 7/2 | Filed: Ltr from Law Clerk to Kent Spriggs re: Hearing on 7/29/76 @ 1:30PM. | bjm |
| 7/7 | Filed: Deft's amended plan for student assignment in Munroe, Chattahoochee, Greensboro, Stewart Street & Havana Elem. Schools | ct |
| 7/12 | Filed: Intervenors' Motion for Reconsideration. | bjm |
| 7/16 | Filed: Ltr from Judge Arnow to All Counsel of Record setting hearing on 7/29/76 @ 1:30 PM. | bjm |
| 7/22 | Filed: Intervenors' Objection to the plan. | bjm |
| 7/29 | Filed: Judge Arnow's memo to refer bak for further action w/i the time limits set out in the attached letter to Kent Spriggs, Esq. (8/5/76). | bjm |
| 7/29 | Filed: Order of reference to special master & denying intervenors' motion for reconsideration; approving & adopting 7/16/76 memo as factual findings & legal conclusions; no judgment or award for damages, pack pay or attorney's fees to be entered against individual defts. Referred to special master for determination of back pay & attorney's fees - copies to all counsel ofx record & to special master | ct |
| 7/29 | Filed: Copy of ltr from Judge Arnow to C. Graham Carothers, Esq. | bjm |
| 8/4 | Filed: Letter from Atty. Carothers w/enclosed amended plan re: student assignment and in reply to Judge Arnow's letter of 7/29 | |
| " | Filed: Amended plan for student assignment from deft. | ct |
| /4x2 | Filed: Intervenor's letter to Judge Arnow in reply to his letter of 7/29 | |
| " | Filed: Clerk's notice of action that intervenor's motion for new trial by making new conclusions of law as to remedy - DENIED - copies to attys | ct |

D. C. 109 A
XXXXXXX DOCKET TCA 1616

| DATE 1976 | PROCEEDINGS | |
|---|---|---|
| 8/4 | Filed: ORDER (ARNOW, CJ) Intervenor's Motion to Consolidate should be and the same is hereby denied. Copies to counsel & special master. | bjm |
| " | Filed: ORDER RESPECTING COMPENSATION & COSTS OF SPECIAL MASTER (ARNOW, CJ) Copies to counsel & special master. | bjm |
| " | Filed: ORDER (ARNOW, CJ) 1)Intervenors' objections to Gadsden Cty School District's plan for the hiring & promotion of teachers, etc., filed on 6/22/76 are overruled, & such plan is approved. 2)Gadsden Cty School District's amended plan for student assignment filed on 8/4/76 is approved. Copies to counsel & special master. | |
| " | Filed: ORDER (ARNOW, CJ) Respecting applicants w/claim against defts to be notified w/i 15 days after date & mail or bring claim to Clerk's Office. XXXXXXXXXX Notice to be published in Tallahassee Democrat & Gadsden County Times. Form of letters, notices & claims shall be prepared by defts & submitted to counsel for interv. & if unable to agree to submit to special master w/i five (5) days after date. The CLERK shall promptly mail to defts or their atty a copy of any claim filed pursuant to this order. Copies to counsel & special master. | bjm |
| 8/9 | Filed: Tran letter to Special master w/proposed claim form, proposed letter & proposed newspaper publication attached - Special master notified and he advised he would pick same up this date. | ct |
| 8/12 | Filed: Copy of letter to USCA-5th Cir. Attn. Richard Windhorst with 5 Govt. & 2 def. exhibits introduced into evidence during 11/7/75 evidentiary motions hearing as per telephone request from Mr. Windhorst & after authority from special master & law clerk that they would not need same. | ct |
| 8/18 | Filed: Order dissolving regulatory injunction of 8/6/70 regarding Jefferson County School District; permanently enjoining Jefferson Co. from operating duel system of racially identifiable schools; closing case as active case subject to being re-opened upon proper application for any necessary further proceedings. Copies to all counsel of record & to special master | ct |
| " | Filed: Order dissolving regulatory injunction of 8/7/70 regarding Wakulla Co. School District; permanently enjoining Wakulla Co. from operating dual system of racially identifiable schools; closing case as active case subject to being re-opened upon proper application for further necessary proceedings | ct |
| " | JS-6 prepared | |
| 8/24 | Filed: Claim Forms For: Waulette J. Williams Sharon Elaine Branton | |
| 8/24 | Filed: Defts' Notice of Appeal. | bj |
| 8/25 | XXXXXX Mailed cert. copy of notice of appeal w/cert copy of dockt sheets to USCA-5th CIRC. | bj |
| 8/25 | Filed: Claim forms for: Charles Eugene Brown Cleopatra Abercrombie | bj |
| 8/26 | Filed: Claim forms for: Rosalyn M. Davis; Kimper K. Bradley; Jeretha Bryant; Melvia Reed | ct |

TCA 1616

| DATE 1976 | PROCEEDINGS | |
|---|---|---|
| 8/27 | Filed: Defts' Motion for Stay. | bjm |
| 8/30 | Filed: Receipt for Noice of Appeal by USCA-5th Cir. | bjm |
| " | Filed: Claims for: Jerome Andrews Shirley D. Barber Denise Yvette Russ Kearse | bjm |
| 8/31 | **Filed: Claim form for: Yvonne M. Gaymon** | ct |
| 9/2 | Filed: Claim form for: Eunice Murray | bjm |
| 9/3 | **Filed: Claim forms as follows: Mrs. Gladys Butler Slade James L. Palmer Chalmus Thomas Miss Leona P. Williams Dannie Mae Gordon** | ct ct |
| 9/7 | Filed: Claim form for: Jeanette Griffin Wilkes | bjm |
| 9/7 | Filed:CLaim forms for: Marilyn R. Ellison Daryl A. Grice Vijaya Rao Kuchimanchi; Lelia Caldwell Williams; Courtney S. Woodfaulk; Johnny L. Preston. | bjm |
| 9/8 | **Filed: Claim forms for following individuals: Mary L. Walker Robert Green Leroy Johnson Vivian Davis Kelly Reginald C. James Alma Allison Willie B. Knight Annette Mitchell Sandra H. Johnson Betty R. James** | ct |
| 9/9 | **Filed: Claim form for Sterling D. DuPont Bertha L. Bruce** | ct |
| " | Filed: Claim forms for: Gloria Walker Mattie Patterson Emma L. Grice | bjm |
| 9/10 | **Filed: Claim forms for: Johnny Kelly Lola M. Kirkland** | ct |
| 9/13 | Fileld: Claim forms for: Evelyn Roshell Whitby Eleese B. Atkins Katrina Williams Mable A. Hicks Matherlyn Norwood Smith Sheryl L. Lewis Brenda Coleman James Alexander James, Jr. Ernestine Campbell Gainer Mary Ann Hudson | bjm |
| 9/13 | Filed: ORDER (ARNOW, CJ) Defts' Max E Walker & Gadsden County School Board Motion seeking stay of the order of this Court entering permanent injunction on 6/3/76 as modified by order of 6/14/76 is DENIED. Copy to counsel & special master. | |
| " | Filed: ORDER (ARNOW, CJ) 1)The Clerk shall retain record subj. to req. of USCA-5thCIRC. 2)The Clerk shall transmit this order, docket entries together w/copies of such parts of the record as the parties may designate to USCA-5th CIRC. Copies to counsel & special master. | bjm |
| 9/14 | Filed: Claim forms for: Alma R. McGhee Jenkins Willie B. Dixon Pugh Young Mary Caryl Simpson Roy Lee Anderson Maurice Harvin Marcella A. Johnson Collins Aileen Lappin Robert Lee Love | bjm |
| 9/15 | **Filed: Claims for following: Reginald Lee Bryant Martha G. Beavers Theodis H. Hollins Carolyn Lenette Franklin Mollie A. Kelly Willie James Johnson Witt A. Campbell Bernice Yates Dimity L. Clemons** Mrs. Flora Pearl Carter | ct |
| 9/16 | Filed: Claim forms for following: Leroy Turner, Jr Ruby Lee Caswell Zepharine P. Hickman Linda C. Sapp Thaddeus Fortune **Lena M. T. Kelly** | bjm |
| 9/17 | **Filed: Claim form for Cornelia A. Akins Ruby Lee Caswell** | ct |
| 9/17 | **Filed: Deft. School Board's designation of record for appeal** | ct |
| 9/23 | Mailed 1 cy ~~xxxx~~ of each claim form to Atty Carothers. | bjm |
| 9/27 | Filed: Ltr from Brian T. Hayes to Clerk re: designation of record. | bjm |
| 10/4 | Mailed Record on appeal to USCA-5TH CIRC. Copies of transmittal ltr & list of documents & exhibits to all counsel. | bjm |

25

D. C. 110A Rev. Civil Docket Continuation TCA 1616

| DATE 1976 | PROCEEDINGS | Date Order or Judgment Noted |
|---|---|---|
| 10/7 | Filed: Receipt from USCA-5th CIRC for record on appeal. | bjm |
| 10/12 | Filed: Claim for Frank Andrew Hagan - copy of same mailed to defts' attys | ct |
| " | Filed: Notice of status conference - set 11/12/76 @ 11 AM - copies to all counsel and to Special Master | ct |
| " | ~~Original~~ record received from Clerk USCA 5th Cir. - acknowledgment returned to USCA-5th cir. | ct |
| 10/14 | Filed: Deft's report due 10/15 as per order of 12/17/70 - REFERRED TO JUDGE ARNOW FOR CONSIDERATION | ct |
| 10/18 | Filed: Letter of trans. w/enclosures of plf' exhibit #3 - From USCA -5th Cir. | ct |
| 10/22 | Filed: Letter of trans. w/enclosures of Govt's exhibits 1, 2, 3, 4 & 5 & defts' exhibits 1 & 2 from USCA-5th Cir. | |
| 10/29 | Filed: Cert copy USCA-5th Cir. Order - Appellants' motion for stay pending appeal is DENIED at this time and reserved for further consideration when the case is heard on the merits. FURTHER ORDERED that the motion of the appellees to dismiss the appeal is carried with the case. | bjm |
| 11/2 | Filed: Copy of Bill of Costs taxed by USCA-5TH CIR. in the amount of $34.33. | bjm |
| 11/3/76 | JS 5 PREPARED REOPENING CASE AS OF 10/29/76. CAUSE HAD PREVIOUSLY CLOSED IN ERROR. ORIG. JS 5 TO TALLAHASSEE. | CHK |
| 11/5/76 | Filed: Motion for continuance. Referred to Judge Arnow. | chk |
| 11/10/76 | Filed: Copy of letter from Judge Arnow to Atty Carothers w/copies to all other counsel except Kent Spriggs requesting responses re: status of petition for rehearing en banc before 5th Cir. USCA | |
| " | Filed: Note from Joyce to refer on 11/23/76 or sooner if counsel have responded to Judge Arnow's letter to them of 11/9/76 | ct |
| 11/11 | Filed: Exhibits marked A, B, & B-1 to Motion for Continuance filed 11/5/76. | bjm |
| 12/3/76 | Referred to Judge Arnow | |
| 12/8 | Filed: Minutes of School Board, Gadsden County Meeting held 10/19/76. | bjm |
| 12/10 | Filed: Memo from Judge Arnow to refer back on 12/21/76 w/copy of ltr to Ms. Marshall. | bjm |
| 12/21 | REFERRED TO JUDGE ARNOW - On Note | bjm |
| 12/27 | Filed: Notice of Status Hearing set for 1/10/77 @1:00 PM. Copies to all counsel. | bjm |
| 1/10/77 | Filed: Memo from Judge to refer back on 1/17/77 | bjm |
| 1/24 | Filed: Ltr of transmittal of supplemental record on appeal. Copies to Judge Arnow & all counsel. | bjm |
| 1/26 | Filed: Deft's Supplemental designation of the record. | bjm |
| " | Filed: Cy ltr of trans of supplemental record on appeal. Copies to Judge Arnow and all counsel. | bjm |
| 2/2 | Filed: Cy ltr from Special Master to all counsel re: hearings on issues of back pay and damages. | bjm |
| 2/3 | Filed: Cy ltr from Judge Arnow to all counsel re: hearing re USCA-5th Circ. Slip opinion 75-4294. | |
| " | Filed: Notice of Hearing on USCA-5th Cir. Slip Opinion 75-4294. ~~XXXXXXXXXXXXXXXXXXXXX~~ set for 2/16/77at 11:00 AM. Copies to Ms. Marshall, C. Graham Carouthers & Brian T. Hayes, at direction of Judge's Secretary. | bjm bjm |
| " | Filed: Plf's Motion for supplemental designation of the record on appeal. | bjm |
| 2/10/77 | Court Reporter Notes: Box 31 Col. I | |

16

TCA 1616

| DATE | PROCEEDINGS | Date Order or Judgment Noted |
|---|---|---|
| 2/16/77 | L.C. Note of hearing held 10:20-11:00 AM - Order to be entered - Refer again on 2/24/77. | bjm |
| " | Referred to Judge Arnow | ab |
| 2/23/77 | Filed: USA Memorandum in opposition to proposed criteria w/proposed order. Referred to Judge Arnow. | bjm |
| 2/24/77 | Filed: Copy of ltr from Judge Arnow to C. Graham Carothers, Esq. re: Proposed criteria opposition. | |
| " | Memo to refer back on 3/4/77 in connection w/response to memo in opposition to proposed criteria | bjm |
| 3/2/77 | Filed: Memo from Judge Arnow to refer back on 3/9/77 & disregard previous memo to refer on 3/4/77 re: attached ltrs. | bjm |
| 3/15/77 | Filed: Gadsden County School District REPORT due on or before 3/15/77. | bjm |
| 3/15/77 | Filed: Letter from Atty. Carothers to Judge Arnow dated 3/4/77 w/principal assignment attached | |
| " | Filed: Copy of letter from Judge Arnow to Atty. Carothers w/copies to other counsel re: entry of orde-r in 10 days unless obj. thereto is received & if obj. then evidentiary hearing to be set. | |
| " | Filed: LC's note to refer 3/28/77 | ct |
| 3/16/77 | Filed: Copy of ltr of transmittal of Supplemental Record on Appeal - Copies to Judge Arnow and all counsel of record. | bjm |
| " | Filed: Cy ltr from Michael Pearce Dodson to Ms. Anita Marshal re: Supplemental record on appeal. | bjm |
| 3/21 | Filed: Receipt of Supplemental Record on Appeal by USCA-5th CIR on 3/18/77 & noting number of USCA Case is #75-4294. | bjm |
| 3/22/77 | Filed: Copy of letter to Special Master Lott of 3/21/77 from Kent Spriggs with copy of letter from Atty Spriggs to Atty Carothers of 3/21/77 | ct |
| 3/23/77 | Filed: Copy of letter from Graham Carothers to Richard Lott of 3/18/77 regarding notice to blacks for 77-78 school year | |
| " | Filed: Copy of letter from Judge Arnow to all counsel & Richard re: notice to blacks for 77-78 school year | ct |
| 3/24/77 | Filed: Ltr from C. Graham Carothers to Judge Arnow re: School board plan | |
| " | Filed: Copy of ltr from Judge Arnow to Ms. Anita Marshall re: School board plan | |
| " | Filed: Memo from Judge Arnow to refer back on 4/4/77 or when answer of Ms. Marshall comes in. | bjm |
| 3/25/77 | Filed: Motion & memo of intervenors to re-establish rights of class includ. those not receiving notice of preferential rights & those who did not assert such rights | ct |
| 3/31 | Filed: Copy letter from Kent Spriggs to Mr. Grinelle Bishop w/list of persons & applications to be placed on the preferential hiring pool for 77/78 school year. | bjm |
| 4/1 | Filed: Cy of ltr from Atty Anita Marshall to Judge Arnow not dated | |
| " | Filed: Cy of ltr from Judge Arnow to Graham Carothers dated 4/1/77 | ab |
| 4/7/77 | Filed: Copy of defts' interrogs to claimants | |
| " | Filed: Deft's response to motion to establish rights, etc. of intervenors - REFERRED TO JUDGE ARNOW. | ct |
| 4/8 | Filed: Intervenors' Motion for TRO w/affidavit | |
| " | Filed: Memorandum in support of motion for TRO - REFERRED TO JUDGE ARNOW AS EMERGENCY. | bjm |
| 4/8/77 | Filed: LC's note to refer on 4/14/77 | ct |
| 4/11 | Filed: Memo of law regarding disputed issues of law filed in conjunction with the joint report of the parties to the special master concerning the status of the case and issues requiring early resolution | bjm |

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| USA & Robert Love, et al | Gadsden County School District, et al | DOCKET NO. TCA 1616<br>PAGE 17 OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 4/11/77 | | Filed: Order of Judge Arnow accepting & approving Amended Demotion Plan by Gadsden County School Board & all dismissals or demotions of principals, teachers, etc. shall be made on basis of criteria in the Plan attached to order-copies to all counsel |
| " | | Filed: Defts' Amended Plan for Reduction in Staff (attached to above Order) |
| 4/13/77 | | Filed: Defts' Interrogatories to Claimants |
| " | | Filed: Defts' obj. to Intervenors' TRO motion - REFERRED TO JUDGE ARNOW |
| 4/15/77 | | Filed: Memorandum of law in support of deft's position on disputed issues of law set out in the joint report of the parties to the Special Master - Copy mailed to Special Master as per his request |
| 4/25/77 | | Filed: Clerk's notice of action that Intervenors' motion to re-establish rights, etc. filed 3/25/77 & Intervenors' motion for TRO filed 4/8/77 - DENIED - copies to a-l counsel of record |
| 4/26/77 | | Filed: Intervenors' Motion for interim award of atty's fees - Copy made & fwd to Special Master |
| 5/4/77 | | Filed: Copy ltr from Kent Spriggs to Mr. Grinelle Bishop re: Preferential rights as per order of Glendale Mells, Eddie Lee Hall & Mattie J. Allen |
| 5/9/77 | | Filed: Intervenors' Reply memo on disputed issues of law - Copy made & fwd to Special Master |
| " | | Referred to Special Master |
| 5/11/77 | | Rec'd XXXXXX Intervenors' Motion for ext. of time in which to file interrogs of late back pay claimants - Received w/o memorandum & returned to Atty Spriggs |
| 5/12/77 | | Filed: Answers to Interrogatories by claimants:<br>Gloria Jean Arnold — Belinda Annette Brown<br>Harriett Elizabeth Bryant — Jacquelyn LYvette Culver<br>Mary G. Gamble — Frank A. Hagan<br>Eddie Lee Hall — Gwendolyn Hall<br>Josepheus Johnson — Helene Jones<br>Eva P. Kilpatrick — Katie Lew McGee<br>Hambric Leon McGlockton — Vernett McMillon<br>Queen Ellis Miller — Viola Whitehead Murphy<br>James Leon Shoots — Beatrice Marie Thomas<br>Lana Joyce Tillman — Johnny L. Watson<br>Mary Louise Whatley — Walter Williams |
| 5/13/77 | | Filed: Intervenor's motion & memo for extension to ans. defts' interrogs |
| 5/16/77 | | Filed: Verified petition for an order to show cause why the defts should not be held in contempt w/affidavits & memos |
| " | | Filed: Motion for reconsideration of the Court's Order denying Intervenors' motion to restablish rights, etc. & Motion for temporary restraining order filed March 25, 1977 & April 8, 1977 respectively w/memo & affidavits |
| 5/19/77 | | Filed: Letter dtd 5/19/77 from Special Master to Attys Spriggs, Hayes & Carothers (Copy) |
| " | | Filed: Ltr w/enclosures transmitting statement of amound due as per order of 8/4/76 Copies mailed to all counsel |
| 5/24/77 | | Filed: Deft's Response to Petition for Order to Show Cause & Motion for Reconsideration of Court's order of 4/8/77 - Referred to Judge Arnow |
| 6/1/77 | | Filed: Copy of letter from School Board to Special Master Lott w/payment for statement for services through 5/18/77 enclosed |
| 6/2/77 | | Filed: Intervenors' reply to defts' response to inter. motion for interim award of atty's fees - REFERRED to Special Master |
| 6/6/77 | | Filed: Cy ltr from Kent Spriggs to Sp. Master re: hearing on atty's fees |
| " | | Filed: Notice of hearing on motion for reconsideration of motion for order to show cause set for 6/28/77 at 9:30 AM - Copies to all counsel |

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| USA & Robert Love, et al | Gadsden County School Board, et al | DOCKET NO. TCA 1616<br>PAGE 18 OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 6/7/77 | | Filed: Answered interrogatory as to Linda Henry's w/ltr from Kent Spriggs that page 1 will be filed upon receipt from claimant |
| " | | Filed: Reply of the intervenors to response of defts concerning petition for order to show cause & motion for reconsideration - referred to Judge Arnow |
| " | | Filed: Copy of letter from Kent Spriggs to Grinelle Bishop re: preferential rights w/application of Betty D. Johnson attached |
| 6/16/77 | | Filed: Ltr from Kent Spriggs, Esq. w/page One of Linda Henry's interrogatory answer as previously noted |
| " | | Filed: Letter from C. Graham Carothers to Judge Arnow, re notice of hearing |
| " | | Filed: Copy of letter from Judge Arnow to all counsel & clerk re: hearing notice |
| 6/28/77 | | LC NOTE TO REFER BACK ON 7/18/77 for disposition of motion for order to show cause |
| 7/7/77 | | Fileld: Copy of ltr from Judge Arnow to Kent Spriggs, Esq. re: submission of order |
| 7/14/77 | | Filed: ORDER (ARNOW, CJ) 1)Section A of Int. Motion for reconsideration is denied. 2)Section C. Of Inter. Motion for Recon. is denied 3)Section B of Inter. Motion for Recon is Granted - Persons who wish to assert preferential employment rights for 77-78 school year are entitled to be placed in the pool provided their applications are received by the Deft on or before 7/18/77 4)The req. of Intervenors to withdraw their petition for order to show cause is granted. 5)Those persons who did not receive notice of their opportunity to file a claim of back pay shall be entitled to file such a claim, provided it appears their failure to receive notice resulted from due diligence on the part of the deft - Signed 7/9/77 nunc pro tunc as of 6/28/77 - Copies to all counsel of record & Special Master |
| 7/27/77 | | Filed: Copy of letter from Kent Spriggs to SM Lott advising that claimant Katie McGee is withdrawing claim for back pay and advising that her claim can be dismissed. |
| 8/1/77 | | Filed: Intervernors' Post-hearing brief on Attys fees & expenses - REFERRED to Special Master |
| 8/3/77 | | Filed: Copy of letter from Judge Arnow to Attys Carothers & Spriggs |
| 8/8/77 | | Filed: Copy of letter from Kent Spriggs to C. Graham Carothers re: reporting requirements |
| 8/16/77 | | Filed: Copy of letter from Special Master to All Counsel re: Back pay claimants & attorneys' fees |
| 9/7/77 | | Filed: Copy of letter from Kent Spriggs to S.M. Lott re: Atty's fees and in respns to Mr. Carothers' letter of 8/17/77 |
| 9/9/77 | | Filed: Copy of letter from Special Master to Counsel re: computation of atty's fees |
| 9/13/77 | | Filed: Copy of letter from C. Graham Carothers to Mr. Richard L. Lott re: time sheets for Kent Spriggs |
| 9/14/77 | | Filed: Claim forms for following individuals: (Preferential employment)<br>Walter Williams<br>Johnny L. Watson<br>Viola Whitehead Murphy<br>Mary Louise Whatley<br>Eunice Ward<br>Lana J. Tillman<br>Patricia A. Reed<br>Vernett McMillon<br>Hambric Leon McGlockton<br>Jacquelyn Y. Culver<br>Belinda Annette Brown<br>Gloria J. Arnold |
| 9/28/77 | | Filed: Copy of letter from C. Graham Carothers to Special Master dtd 9/27/77 |
| 9/30/77 | | Filed: Copy of letter from Special Master to C. Graham Carothers re: hearing |
| 10/5/77 | | Filed: Copy of letter to Special Master from C. Graham Carothers re: hearing |

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| USA & Robert Love, et al | Gadsden County School Board, et al | DOCKET NO. TCA 1616<br>PAGE 19 OF ____ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 10/5/77 | | Filed: Copy of letter from Kent Spriggs to Special Master re: hearing |
| 10/5/77 | | Filed: Notice of Hearing (evidentiary hearing on back-pay claimants who did not receive notice) set for 11/5/77 @ 11 AM in Kent Spriggs Office in Tallahassee-copies to all counsel & Spec. Master |
| 10/13/77 | | Filed: Letter as certificate of service on Gadsden County 10/15/77 Report (being mailed from Tallahassee office) |
| 10/12/77 | | Filed (In Tallahassee): Deft School Board's REPORT as ordered by 12/17/70 order |
| 12/8/77 | | Filed: Copy letter from Special Master to Counsel re: findings of fact & conclusions of law in connection w/back-pay claimants |
| 12/14/77 | | Filed: Cy ltr to Richard I. Lott from Kent Spriggs re: Claim of Delores Ann Barnes |
| " | | Filed: Cy ltr from Richard I. Lott to C. Graham Carothers re: Claim of Ms. Barnes |
| 1/9/78 | | Filed: Copy of letter from SM Lott to all counsel re: Submission of status report on progress of final stip on back-pay recipients & amounts to be paid |
| 1/12/78 | | Filed: Copy ltr from Kent Spriggs to Special Master re: response to Sp. Master ltr of 1/5/78 |
| " | | Filed: Copy ltr from Kent Spriggs to SM w/enclosure |
| 1/19/78 | | Filed: Copy ltr from C. Graham Carothers to SM re: response to Atty Sprigg's ltr |
| " | | Filed: Copy ltr from C. Graham Carothers to SM re: Supplement to Atty Sprigg's ltr |
| 1/23/78 | | Filed: Copy of letter to SM Lott of 1/20/78 from C. Graham Carothers |
| " | | Filed: Copy of defts' memo on back pay for claimants who applied for employment prior to 1/8/73 |
| " | | Filed: Copy of defts' memo on back pay in discrimination cases |
| " | | Filed: Copy of Vacancy charts for 8-70 through 6/76 |
| 1/27/78 | | Filed: Copy of letter to SM Lott from Kent Spriggs of 1/25/78 re.delay in filing claim of Ms. Helen Inge w/original affidavit of Mrs. Helen Inge attached |
| " | | Filed: Notice of hearing before SM - set 2/4/78 at 11:00 AM - copies to all counsel & SM |
| 2/6/78 | | Filed: Excerpt of Proceedings before Special Master on 7/16/78 |
| 2/13/78 | | Filed: Copy ltr from Kent Spriggs to S.M. re affidavits |
| 2/22/78 | | Filed: Copy ltr from Kent Spriggs to SM re affidavits dtd 2/20/78 |
| " | | Filed: Affidavits (signed) for Ruby Lee Caswell, Thaddeus Fortune & Lena M. Kelly Jones |
| " | | Filed: Affidavits (unsigned) forZepharine Hickman and Leroy Turner |
| 3/1/78 | | Filed: Copy ltr from Atty Carothers to SM dtd 2/28/78 |
| " | | Filed: Affidavit of Leroy Turner |
| " | | Filed: Affidavit of Zepharine Hickman |
| 3/6/78 | | Filed: Copy ltr from SM to all counsel re: SM written rulings of law on matters presented at 2/4/78 hearing |
| 3/8/78 | | Filed: Deft School Board's REPORT as ordered by 12/17/70 order |
| 3/13/78 | | Filed: Cy ltr from Kent Spriggs to SM w/signed affidavits of Linda Sapp and Cornelia Akins Taylor enclosed |
| 3/16/78 | | Filed: Copy of letter from Kent Spriggs to SM Lott dated 3/14/78 |
| 3/17/78 | | Filed: Copy ltr from SM to Kent Spriggs dtd 3/14/78 |
| 3/22/78 | | Filed: Copy ltr from Atty Carothers to SM dtd 3/21/78 |
| " | | Filed: Copy ltr from Atty Carothers to SM dtd 3/21/78 |
| " | | Filed: Copy ltr from Atty Carothers to Atty Spriggs dtd 3/21/78 |
| " | | Filed: Copy ltr from Atty Carothers to SM dtd 3/21/78 re: dates for hearing |
| 3/27/78 | | Filed: Copy ltr from Atty Spriggs to SM re: late filing claimants |
| 4/3/78 | | Filed: Letter and statement from SM Lott |
| " | | Filed: Copy of trans letter from Clk to Atty Carothers w/copies to counsel of record and SM Lott sending letter and time sheet for 6/3/77 - 4/2/78 |
| " | | Filed: Copy of letter from SM Lott to all counsel setting hearing-4/15/78 |

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| USA & LOVE, et al | Gadsden County School District, et al | DOCKET NO. TCA 1616<br>PAGE 20 OF ____ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 4/7/78 | | Filed: Cy ltr from Atty Spriggs to SM |
| " | | Filed: Affidavit of Atty Kent Spriggs re: back pay claimants |
| 4/10/78 | | Filed: Cy ltr from Atty Carothers to SM w/enclosures |
| 5/12/78 | | Filed: Cy ltr from Judge Arnow to Counsel |
| 5/17/78 | | Filed: Cy ltr from Atty Spriggs to Judge Arnow re: ability grouping issue |
| " | | Filed: Orig. ltr from Atty Spriggs to Judge Arnow dtd 5/15/78 |
| 5/30/78 | | Filed: Copy of letter from SM Lott to counsel advising that he would rule on matters of law and fact in about 2 weeks - from 5/22/78 |
| 6/2/78 | | Filed: Cert copy USCA-5TH CIR JUDGMENT - Judgment of District Court affirmed; & defts-appellants pay to plf & intervernors the costs of appeal to be taxed by the Clerk w/slip opinion issued as & for the mandate |
| 6/19/78 | | Filed: Joint Memorandum of the Parties |
| 6/21/78 | | Filed: Copy of letter from Kent Spriggs of 6/19 to SM Lott advising that compro-misesettlement has been accomplished on all claims except the 5 now under consideration by SM and that they want SM to rule so matter can proceed to conclusion |
| 8/2/78 | | Filed: Special Master's report. chk |
| 8/12/78 | | Filed: Stipulation for dismissal of claimants claims w/prejudice as follows:<br>Cleopatra Abercrombie, Alma Allison, Roy L. Anderson, Belinda Brown, Charles Brown, Marcella J. Collins, Sterling Depont, Marilyn R. Ellison, Dannie May Gordon, Daryl A. Grice, Frank Hagan, Linda D. Henry, Mable A. Hicks, Mollie Kelly, Lena M. Kelly, Linda Sapp, Gloria Walker, Katrina Williams, Pugh Young, Matherlyn Smith, Vijaya R. Kuchimanchi, Aileen Lappin<br>REFERRED TO COURT APPROVAL |
| 8/18/78 | | Court approved above stipulation by endorsement - copies to all counsel |
| 10/5/78 | | Filed: Cy ltr from Atty Spriggs to SM re: final & comprehensive list of back pay claimants |
| 10/11/78 | | Filed: Gadsden County School District Report pursuant to Court Order of 12/17/76 |
| 10/16/78 | | Filed: Copy ltr from Atty Spriggs to SM re: atty fees |
| 10/18/78 | | Filed: Cy ltr from Atty Spriggs to Atty Carothers w/summary & time sheets for Atty Spriggs & Tommy Warren |
| 11/3/78 | | Filed: Intervenors Motion for final award of Atty's fees & costs w/memo |
| 11/8/78 | | Filed: Special Master's Report |
| 11/15/78 | | Filed: Defts' reply to motion for attorney's fees & costs of intervenor |
| 11/28/78 | | Filed: Notice of hearing on motion for attys' fees, etc. set 12/18/78 at 10:30AM copies to all counsel |
| 11/29/78 | | Filed: ORDER (WEA) approving SM report & recommendations; Awards to claimants on schedule 1-62 shall be paid in amounts shown, etc.; & claims of those persons identifed in the stip. are dismissed & discharged - copies to all counsel |
| 12/11/78 | | Filed: Notice of filing supplemental evidence by plf |
| " | | Filed: Intervenors' response to defts' reply to intervenors' mtion for atty fees & costs |
| 12/14/78 | | Filed: Ltr from Atty Spriggs to Judge Arnow re: Atty's Fees & Final report on prefer-ential rights |
| 12/20/78 | | Filed: Supplement to defts' reply to Intervenor's motion for atty fees & costs |
| 12/26/78 | | Filed: Affidavit of Joseph C. Jacobs re: Attorneys fees |
| " | | Filed: Affidavit of Dexter Douglass re: Attorneys fees |
| " | | Filed: Affidavit of Kent Spriggs re: Attorneys fees |
| " | | Filed: Intervenors' Post-hearing summary of suggested fees & expenses |
| 1/2/79 | | Filed: Defts' response to intervenors' post-hearing summary on atty fees - REFERRED |
| 2/26/79 | | Filed: Note from Judge to refer on 3/8/79 w/letter from Mr. Dodson and attachments |

CIVIL DOCKET CONTINUATION SHEET TCA 1616 FPI-MI—3-14-75-50M-3511

PLAINTIFF: USA & Love, et al

DEFENDANT: Gadsden County School District

DOCKET NO. ____ PAGE 21 OF ____ PAGES

| DATE | NR. | PROCEEDINGS | |
|---|---|---|---|
| 3/1/79 | | Filed: Copy of letter of 2/28/79 to Judge Arnow from Kent Spriggs | c |
| " | | Filed: Notice of hearing to resolve disputes in letters of 2/22 & 2/28/79 - set 3/8/79 @ 10 AM - copies to counsel | ct |
| 3/13/79 | | Filed: Gadsden County School District Report pursuant to ORDER of 12/17/70 | b |
| 3/15/79 | | Filed: MAGISTRATE'S REPORT & RECOMMENDATION - copies to all counsel - objs due 3/28/79) | b |
| 3/16/79 | | Filed: ORDER (WEA) directing Gadsden County School Board to submit annual reports as per Exhibit "A" due 10/15 of each year until school district is certified as unitary or until further order of court - copies to all counsel | b |
| 4/3/79 | | Filed: ORDER (WEA) Adopting Mag's R&R & directing Clerk to enter judgment for intervenors & against defts in the amount of $52,496.98 as atty's fees & $2,217.22 as expenses for a total of $54,714.20 - copies to all counsel | |
| " | | Filed: JUDGMENT as directed - copies to all counsel, COB #____, Pg ________ | |
| " | | JS-6 prepared | b |
| | | JUDGEMENT DEBTOR Intervenors<br>Date Entered 4/3/79 4-16-79<br>Amount $ 54,714.20 | |
| 4/16/79 | | Filed: Intervenors release & satisfaction of attys' fees, costs & expenses - copy to Talla. for recording ($34,714.20) | ct |
| 5/4/79 | | Filed: SM Lott's Time & Expense sheet for period 4/15/78 - 11/7/78 | |
| 5/7/79 | | Ltr of transmittal to Atty Carothers, cc: all counsel of SM Lott's Time & expense sheet in the amount of $1,876.92 | b |
| 5/10/79 | | Filed: Defts' Petition for modification of court-approved plan for student assignments in Munroe, Chattahoochee, etc. | b |
| 5/24/79 | | Filed: Govt's response to defts' petition for modification of student assignment plan - REFERRED | b |
| 6/8/79 | | Filed: ORDER (WEA) Modifying plan for student assignments in Munroe, Chattahoochee, Greensboro, Stewart Street & Havana Elementary Schools approved by court on 8/4/76 - copies to all counsel | b |
| 10/16/79 | | Filed: Gadsden County School Board's annual report as per order of 3/16/79 | c |
| 3/12/80 | | Filed: Gadsden County School Board's annual report as of 3/15/80 | b |
| 10/9/80 | | Filed: Gadsden County Annual Report as per 3/16/79 Order | |
| " | | Filed: Gadsden County Annual Report as of 10/15/80 | b |
| 3/18/81 | | ANNUAL REPORT as of 3/15/81 | b |
| 3/26/81 | | MOTION for order of dismissal by defts | |
| " | | MEMORANDUM in support of motion | b |
| 4/15/81 | | (In Talla.) INTERVENORS' response to defts' motion for order of dismissal-REFERRED | b |
| 5/15/81 | | File & dockets mailed to Talla. for referral to Judge Higby as per instructions from Law Clerk | b |
| 5/28 | | FILED Plaintiff's Unopposed Motion Requesting Extension of Time ref. | b |
| 5/29 | | FILED Referral and Order (LCH) cc: to Hayes, Spriggs and Marshall and Lott and C. Graham Carothers Extension of Time GRANTED | b |
| 6/12 | | Filed ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION cc: mailed to Carothers, Spriggs, Snyder & handed to AUSA<br>Motion for extension of time to respond to motion for order of dismissal is granted until 6/15/81. | g |

TCA 1616

CIVIL DOCKET CONTINUATION SHEET

FPI-MI—3-14-75-50M-3511

| PLAINTIFF | DEFENDANT | DOCKET NO. |
|---|---|---|
| UNITED STATES OF AMERICA | ROBERT LOVE, et al. | PAGE ___ OF ___ PAGES |

| DATE 1981 | NR. | PROCEEDINGS |
|---|---|---|
| 6/12 | ✓ | PLAINTIFF'S UNOPPOSED MOTION REQUESTING EXTENSION OF TIME (to 7/17/81) filed Ref. to LCH |
| 7/9 | | Referred Motion filed 6/12/81 to LH |
| 7/13 | | REFERRAL & ORDER (LH) granting unopposed motion requesting extension of time to respond to defdt's motion cc: Snyder, AUSA, Sprig Hayes, Carothers |
| 7/21 | | FILED Response and Objection of the United States to Defendants' Motion for Order of Dismissal ref. to LH |
| 10/15 | | defdt's ANNUAL REPORT<br>defdt's REPORT w/ exhibits attached |
| 1/7/82 | | Mailed notice of hgr. on Mo. for Order of Dismissal on 2/10/82, 9:00 a.m., Talla. |
| 2/1 | | Filed NOTICE OF APPEARANCE of Thomas A. Warren for Intervenors |
| 2/2 | | Filed NOTICE OF DEPOSITION of Donald Meyers on 1/31/82 and Grinelle Bishop on 2/1/82 |
| 2/9 | | FILED Consent Decree (LCH) cc: to Snyder, AUSA, Carothers, Hayes, Warren Carrasco, Spriggs |
| 2/17 | | Filed JOINT MOTION TO RETAIN JURISDICTION - Ref. to WS<br>Filed ORDER (WS, for LCH) cc: mailed to counsel<br>Court will retain jurisdiction over the fees issue for a period of 30 days from the date of this order. Intervenors will notify the Court if the feed issue cannot be resolved within this period of time. |
| 2/24 | | Remailed above order to Brian T. Hayes at the correct address. |
| 3/10 | | Filed CONSENT ORDER (LCH) cc: mailed to all counsel<br>Intervenors and Defendants have stipulated that Intervenors shall be entitled to attorneys fees, costs and expenses. The agreement is intended to include all hours expended and all costs and expenses incurred by Intervenors' counsel from 1/1/81 to 2/24/82. Total costs agreed upon is $8,244.28. |
| 3/16 | | Filed REPORT of Gadsden County School District - Ref. to LCH |
| 3/30 | | Filed DEPOSITION OF GRINELLE E. BISHOP taken 2/1/82<br>Filed DEPOSITION OF JAMES H. DIAMOND taken 2/1/82<br>Filed DEPOSITION OF ROBERT D. MYERS taken 1/31/82 |
| 6/25 | | defdt's NOTICE OF SUBMISSION OF PROPOSED AMENDMENTS TO THE PLAN FOR ASSIGNMENT OF ELEMENTARY SCHOOL STUDENTS TO THEIR SECTIONS |
| 9/21 | ✓ | School Bd's MOTION FOR RETURN OF APPEAL BOND ref to WS |
| 9/22 | | REFERRAL & ORDER (WS) granting mo for return of a-peal bond cc: Carothers, Faye, Spriggs, Carrasco, AUSA |
| 10/15 | | FILED Report ref. WS |
| 1/5/83 | | MOTION..... Defendants' renewed motion for order of dismissal |
| 1/5/83 | | MEMORANDUM..... Brief in support of Defendants' renewed motion for order of dismissal. |
| 1/11 | | COURT'S OPINION..... Corrected copy (ECCA) |
| 1/17 | | REFERRED..... defendants' renewed motion filed on 1/5/83 to WS |
| 1/18 | ✓ | STIPULATION..... joint for extension of time ref. WS<br>MOTION..... for extension of time ref. WS |
| 1/24 | | REFERRAL & ORDER.....(WS) cc: Sydner, AUSA, Carothers, Hayes and Warren: Joint stipulation for extension of time is GRANTED to March 18, only. |

DC-111A REV. (1/75)

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

FPI-MAR-7-14-80-70M-4398

PLAINTIFF: USA

DEFENDANT: GADSDEN COUNTY SCHOOL DISTRICT

DOCKET NO. TCA 1616

PAGE ___ OF ___ PAGES

| DATE 1983 | NR. | PROCEEDINGS | |
|---|---|---|---|
| 3/15 | | NOTICE.....of document returned to Atty. Thompson his Report | b: |
| 3/18 | | INRERVENORS RESPONSE.....to the defendants' renewed motin for order of dismissal by Robert Love, etc., ref. WS | bs |
| 3/23 | | REPORT.....by Gadsden County School District ref. WS | bs |
| 4/1 | | CONSENT ORDER.....MMP cc: Snyder, AUSA, Carothers, Hayes and Spriggs<br>1. The Consent Decree entered by this Court of 2/9/82 shall remain in full force and effect for three years from the date of entry of this Consent Order.<br>2. For three years following entry of this Consent Order, defendants shall continune to file with the Court and with counsel for the plaintiff and intervenors all annual and semi-annual operational reports as previously required by the Court.<br>3. At the end of three years, the Consent Decree entered on 2/9/82 and allother injunctions and orders issued by this Court regarding this cause are automatically dissolved by operation of this Order unless plaintiffs or intervenors request a hearing at which tey may show cause why dismissal should be delayed, If no such request or showing is made, the Court shall then dismiss the action. | bs |
| 4/8 | | MOTION.....for Extension of Time by intervenors for 30 days | ç |
| 4/28 | | Mo. for Ext. of Time ref to MMP. | |
| 5/16 | | ORDER.....(MMP) Motion for Extension of time is granted, nunc pro tunc. cc: mailed to Snyder, Carothers & Spriggs & AUSA & Hayes | ‹ |
| 5/26 | | Received Consent Order - Ref. to MMP | g |
| 5/27 | | CONSENT ORDER.....(MMP) Intervenors and defdts. have discussed the settlement of attys fees, costs and expenses. The total amount agreed upon is $4,664.11. cc: mail to Carothers and Warren, Snyder and AUSA | ‹ |
| 10/17 | | LETTER.....to MSW from James Harold Thompson dated 10/14/83 re: Annual Report - Ref. to MMP | g |
| | | REPORT..... Ref. to MMP | |
| | | ANNUAL REPORT.....Ref. to MMP | |
| 11/3 | | LETTER.....to MSW from Thompson re: report | |
| 1984 | | | |
| 3/16 | | ANNUAL REPORT.....Ref. to MMP | |
| 6/13 | | STIPULATION.....re: school zones - Ref. to MMP | |
| 9/19 | | STIPULATION.....re: school zones - Ref. to MMP | ‹ |
| 10/15 | | LETTER.....to MSW from Arrington dated 10/12/84 re: Reports | |
| | | ANNUAL REPORTS.....by defdt. School Board - Ref. to MMP | |
| 1985 | | | |
| 3/15 | | REPORT.....by defdt, School Board - ref. to MMP | ç |
| 4/8 | | CONSENT ORDER.....(MMP) Defdts. shall pay counsel for the Intervenors the sum of $1,168.33 for services rendere in connection with monitoring the Consent Decrees in this case for the time period of 5/10/83 to 3/31/85. cc: mailed to Snyder, AUSA, Carothers, Arrington, Hayes and Warren | re |

TCA 1616

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

FPI—MAR—7-14-80-70M-4398

| PLAINTIFF | DEFENDANT | DOCKET NO. ______ |
|---|---|---|
| USA | GADSDEN CO. SCHOOLS | PAGE ___ OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 1985 | | |
| 10/15 | | REPORT....by defdts. - Ref. to MMP |
| 1986 | | |
| 1/27 | | STIPULATION......between Plaintiffs, Intervenors, Defendants Ref. MMP |
| 2/5 | | REFERRAL AND ORDER.........(MMP) Stipulation Approved cc:Snyder, AUSA, Carothers, Arrington, Hayes, Spriggs |
| 3/11 | | REPORT.....by defdts. - Ref. to MMP |

g

td

td

g