IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                    CASE NO. 4:70-cv-01616-MP-GRJ

GADSDEN COUNTY SCHOOL DISTRICT,
JEFFERSON COUNTY SCHOOL DISTRICT,
JACKSON COUNTY SCHOOL DISTRICT.

    Defendants.

_____/

## O R D E R

A telephone status conference was held in this case on January 27, 2012, in which counsel for the United States, and for Gadsden, Jefferson and Jackson County School Districts participated. As stated during the conference, the government will send information requests to the defendants, and, once they are completed and reviewed, the Court will hold a status conference to determine the future course of this case.

Accordingly, it is now **ORDERED** as follows:

The Clerk is directed to set this matter for a telephonic status conference on June 28, 2012, at 10:30 a.m. EST.

**DONE AND ORDERED** this 27th day of January, 2012.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge