IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                          CASE NO. 4:70-cv-01616-MP-GRJ

GADSDEN COUNTY SCHOOL DISTRICT,
JACKSON COUNTY SCHOOL DISTRICT,
JEFFERSON COUNTY SCHOOL DISTRICT,

    Defendants.

_____/

**O R D E R**

This matter is before the Court on Doc. 25, a joint motion by the parties setting out the status of their efforts "to collect, produce, review, and analyze salient information necessary to determine whether or not any of the Districts have achieved unitary status, in whole or in part ." The motion then requests until June 6, 2013, to file the next status report. Upon consideration, the interests of justice and judicial economy are served by such a continuance. Accordingly, it is hereby

**ORDERED AND ADJUDGED**:

The telephone status conference set for December 6, 2012, is continued and will be reset by separate notice for a date near to June 6, 2013.

**DONE AND ORDERED** this *6th* day of December, 2012

                                              *s/Maurice M. Paul*
                                        Maurice M. Paul, Senior District Judge