**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

**UNITED STATES OF AMERICA,**

***Plaintiff,***

**v.** **Case No.: 4:70cv1616-MW/GRJ**

**JACKSON COUNTY SCHOOL BOARD, et al.,**

***Defendants.***
**___________________________/**

## ORDER GRANTING UNOPPOSED MOTION FOR DECLARATION OF FULL UNITARY STATUS AND DISMISSING CASE WITH PREJUDICE

This Court has considered, without hearing, Defendant Jackson County School District's (the District's) Unopposed Motion for Declaration of Full Unitary Status. ECF No. 141. Accordingly, it is hereby **ORDERED and ADJUDGED** that:

1. The District's Unopposed Motion for Declaration of Full Unitary Status, ECF No. 141, is **GRANTED**.

2. The Court hereby declares that the Jackson County School District has achieved full and final unitary status.

3. The Court's jurisdiction over this matter is terminated, and the case is hereby **DISMISSED WITH PREJUDICE**.

4. All prior injunctions and orders entered in this case are **DISSOLVED**.

5. The Clerk shall enter judgment stating, "This case is **DISMISSED with prejudice**," and close the file.

**SO ORDERED on September 16, 2025.**

**s/Mark E. Walker**
**United States District Judge**