**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION**

UNITED STATES OF AMERICA,

Plaintiff,

v. Case No. 4:70cv1616-MW/GRJ

JACKSON COUNTY SCHOOL BOARD, et al.,

Defendants.

_____________________________/

# JUDGMENT

This case is DISMISSED with prejudice.

JESSICA J. LYUBLANOVITS,
CLERK OF COURT

September 16, 2025
DATE

s/ Bryston Ford
Deputy Clerk